IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:21MJ 365 |
| | ) | |
| VAN NGUYEN, | ) | |
| | ) | Court Date: November 1, 2021 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

Count I (Misdemeanor E1378589)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 19, 2021, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, VAN NGUYEN, failed to report that she was the driver of a vehicle involved in an accident in which an unattended vehicle was damaged.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 46.2-896.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: *[signature]*
Sean Rowland
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: sean.rowland@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2021, a true and correct copy of the Criminal Information was mailed to the defendant at:

Van Nguyen
14752 Dodson Drive
Woodbridge, VA 22193

By: *Sean Rowland* (signature)

Sean Rowland
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: sean.rowland@usdoj.gov